**Ricki E. GURTMAN, Appellant,**

v.

**NORDSTROM, INC.**

No. 01–3249.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to LAR 34.1(a) Friday, April 12, 2002.

Opinion Filed April 25, 2002.

Before McKEE, FUENTES and POGUE, Circuit Judges.

OPINION OF THE COURT

FUENTES, Circuit Judge.

Ricki Gurtman appeals the District Court's Order granting her former employer's motion to dismiss her wrongful termination and breach of contract claims for failure to state a claim upon which relief can be granted, pursuant to Fed. R.Civ.P. 12(b)(6). We have reviewed the District Court's thoughtful and well-reasoned Memorandum Opinion, filed on July 25, 2001. We will affirm substantially for the reasons set forth therein.